IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| IN RE:<br><br>GUN GEAR TO GO, LLC<br><br>Debtor | Case No. 18-40973<br>Chapter 7 |

### MOTION TO APPROVE SALE OF DEBTOR'S PERSONAL PROPERTY

**NO HEARING WILL BE CONDUCTED ON THIS MOTION UNLESS A WRITTEN OBJECTION IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AND SERVED UPON THE PARTY FILING THIS PLEADING WITHIN TWENTY-ONE (21) DAYS FROM DATE OF SERVICE UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH OBJECTION. IF NO OBJECTION IS TIMELY SERVED AND FILED, THIS PLEADING SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT. IF AN OBJECTION IS FILED AND SERVED IN A TIMELY MANNER, THE COURT WILL THEREAFTER SET A HEARING. IF YOU FAIL TO APPEAR AT THE HEARING, YOUR OBJECTION MAY BE STRICKEN. THE COURT RESERVES THE RIGHT TO SET A HEARING ON ANY MATTER.**

COMES NOW Mark A. Weisbart, the interim Chapter 7 Trustee for the bankruptcy estate of Gun Gear to Go, LLC ("Trustee"), pursuant to Sections 105 and 363(f) of the Bankruptcy Code, files this Motion to Approve Sale of Debtor's Personal Property (the "Motion"). In support of the relief requested, Trustee would show the Court as follows:

### JURISDICTION AND VENUE

1. This Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

### FACTUAL AND PROCEDURAL BACKGROUND

2. On May 10, 2018, (the "Petition Date"), Gun Gear to Go, LLC (the "Debtor") filed a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code"). Thereafter, Trustee was appointed the interim Chapter 7 Trustee for the bankruptcy estate. The first meeting of creditors is scheduled for June 18, 2018 at 9:00 a.m.

3. Prior to commencing its case, the Debtor operated its business out of a store front located at 721 North Central Expressway, Plano, Texas 75075. The Debtor's personal property consists of guns, store fixtures and related items (the "Personal Property").

4. Trustee is not aware of any secured claims against the Personal Property. Nonetheless, Trustee seeks to sell the Personal Property free and clear of liens, claims and encumbrances with such liens claims and encumbrances to attach to sales proceeds pursuant to section 363(f) of the Bankruptcy Code.

5. Subject to Court approval, Trustee has engaged Shattuck, LLC ("Shattuck") to sell the Personal Property.

6. Trustee seeks approval to sell the Personal Property by auction sale conducted by Shattuck at their office in Austin, Texas.

7. Trustee believes, in his reasonable business judgment, that it is in the best interest of the Debtor's estate and its creditor to immediately market and sell the Personal Property. Trustee believes that an immediate sale is necessary to maximize a return to the estate and its creditors. The proposed sale by auction is the most expeditious and cost-effective means to dispose the Personal Property.

### RELIEF REQUESTED

8. By this Motion, Trustee, pursuant to Bankruptcy Code §§ 105(a) and 363(f), and Rules 2002, 6004, 6006, and 9007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), requests approval to sell the Personal Property free and clear of all liens, claims, interests and encumbrances through auction upon reasonable and appropriate notice by Auctioneer.

9. Under an auction sale, Trustee requests that the Court enter an Order approving the marketing and sale of the Personal Property through auction on a date and time scheduled by the Auctioneer. Trustee further requests that the Court approve the sale of the Personal Property

through this auction free and clear of all liens, claims, interests and encumbrances with such liens, claims, interests and encumbrances to attach to the sale proceeds in the same priority as currently exists. Trustee also proposes that any sale approved hereunder be "as is, where is" without any representations or warranties concerning the condition, use or suitability of the Personal Property

10. Pursuant to Bankruptcy Rule 6004(f)(1), sales of property outside the ordinary course of business may be by private sale or auction. Trustee believes that good cause exists to sell the Personal Property by auction. This will enable Trustee to obtain the highest and best offer(s) for the Personal Property thereby maximizing its value for the benefit of the estate of its creditors.

11. Service of the Motion has been made on the full mailing matrix, as well as Collin County by and through its attorney of record.

## PRAYER

WHEREFORE Trustee respectfully requests that the Court enter an Order approving the sale of the Personal Property as requested, and granting him such other relief, both at law and in equity to which he may be justly entitled.

Respectfully submitted,

/s/ Mark A. Weisbart
Mark A. Weisbart
Texas Bar No. 21102650
THE LAW OFFICE OF MARK A. WEISBART
12770 Coit Road, Suite 541
Dallas, Texas 75251
(972) 628-4903 Phone
mark@weisbartlaw.net

COUNSEL FOR CHAPTER 7 TRUSTEE

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing instrument was served on the below parties, as well as the parties listed on the attached mailing matrix, either through the Court's electronic notification system as permitted by Appendix 5005 III. E. to the Local Rules of the U.S. Bankruptcy Court for the Eastern District of Texas, or by first class United States Mail, postage prepaid on this the 22nd day of May, 2018.

Collin County Tax Assessor-Collector
PO Box 8006
McKinney, Texas 75070

Collin County Tax Assessor-Collector
c/o Laurie Spindler Huffman
Linebarger Googan Blair & Sampson, LLP
2777 N Stemmons Freeway, Suite 1000
Dallas, Texas 75207
laurie.spindler@lgbs.com

/s/ Mark A. Weisbart
Mark A. Weisbart

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0540-4<br>Case 18-40973<br>Eastern District of Texas<br>Sherman<br>Tue May 22 09:00:33 CDT 2018 | Accel Capital<br>65 West 36th Street Suite 12<br>New York, NY 10018-7935 | Acusport<br>One Hunter Place<br>Bellefontaine, OH 43311-3001 |
| American Express<br>P.O.Box 981535<br>El Paso, TX 79998-1535 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Barclaycard<br>P.O. Box 8801<br>Wilmington, DE 19899-8801 |
| Barnett & Garcia<br>3821 Juniper Trace Suite 108<br>Austin, TX 78738-5514 | CHTD Company<br>PO Box 2576<br>Springfield, IL 62708-2576 | Capital One<br>P.O. Box 30285<br>Salt Lake City, UT 84130-0285 |
| Celtic Bank Corporation<br>268 South State Street Suite 300<br>Salt Lake City, UT 84111-5314 | Citibank<br>P.O. Box 6500<br>Sioux Falls, SD 57117-6500 | Collin County Appraisal District<br>250 Eldorado Parkway<br>McKinney, TX 75069-8023 |
| Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808-1674 | Everest Business Funding<br>8200 NW 52 Terrace Suite 200<br>Doral, FL 33166-7852 | Galco International<br>2019 W. Quail Avenue<br>Phoenix, AZ 85027-2696 |
| Green Capital Funding LLC<br>30 Broad Street Suite 1462<br>New York, NY 10004-2304 | Gun Gear to Go, LLC<br>1141 Breakwater Drive<br>Frisco, TX 75034-0809 | HOP Capital<br>1022 Avenue M<br>Brooklyn, NY 11230-4712 |
| HOP Capital<br>323 Sunny Isles Blvd Suite 501<br>Sunny Isles Beach, FL 33160-4675 | HYLANT<br>50 E. Business Way 420<br>Cincinnati, OH 45241 | Areya Holder<br>Holder Law<br>901 Main Street, Suite 5320<br>Dallas, TX 75202-3707 |
| Holder Law<br>901 Main Street, Suite 5320<br>Dallas, TX 75202-3707 | IPFS Corporation<br>PO Box 412086<br>Kansas City, MO 64141-2086 | Intermedia<br>825 E. Middlefield Road<br>Mountainview, CA 94043-4025 |
| Reliant Energy<br>P.O. Box 3765<br>Houston, TX 77253-3765 | Richard Matthew Hall<br>1141 Breakwater Drive<br>Frisco, TX 75034-0809 | Rosewood Management Corporation<br>2101 Cedar Springs Road Suite 1600<br>Dallas, TX 75201-1878 |
| Rosewood Management Corportation<br>2101 Cedar Springs Road Suite 1600<br>Dallas, TX 75201-2148 | SAS Security Alarm Service Company<br>701 E Plano Pkwy Suite 200<br>Plano, TX 75074-6750 | Sam's Club<br>P.O. Box 965004<br>Orlando, FL 32896-5004 |

| | | |
|---|---|---|
| Swift Financial LLC subsidiary of Pay Pal<br>3505 Silverside Road<br>Wilmington, DE 19810-4905 | TSYS<br>One TSYS Way<br>Columbus, GA 31901-4222 | Texas Mutual Insurance Co.<br>6210 East Highway 290<br>Austin, TX 78723-1098 |
| The Smarter Merchant<br>1115 Broadway<br>New York, NY 10010-3450 | Time Warner Cable<br>4145 S. Falkenburg Road<br>Riverview, FL 33578-8652 | Tracey L Gelling<br>4325 Tall Oak Lane<br>Plano, TX 75074-1635 |
| U.S. Attorney General<br>Department of Justice<br>Main Justice Building<br>10th & Constitution Ave., NW<br>Washington, DC 20530-0001 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | US Trustee<br>Office of the U.S. Trustee<br>110 N. College Ave.<br>Suite 300<br>Tyler, TX 75702-7231 |
| USAA<br>P.O. Box 65020<br>San Antonio, TX 78265-5020 | Viewridge Funding<br>4719 Viewridge Ave Suite 170<br>San Diego, CA 92123-1685 | Vortex<br>2210 Hutton Drive #103<br>Carrollton, TX 75006-8314 |
| Mark A. Weisbart<br>The Law Office of Mark A. Weisbart<br>12770 Coit Road, Suite 541<br>Dallas, TX 75251-1366 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Bank of America<br>P.O. Box 982234<br>El Paso, TX 79998 | U.S. Bank<br>P.O. Box 6353<br>Fargo, ND 58125 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (d)Mark A. Weisbart<br>The Law Office of Mark A. Weisbart<br>12770 Coit Road, Suite 541<br>Dallas, TX 75251-1366 | End of Label Matrix<br>Mailable recipients    42<br>Bypassed recipients     1<br>Total                  43 |